1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6

7    MARK SIDOLI,                          Case No.  19-cv-01320-WHO
8                    Plaintiff,
                                           **ORDER GRANTING UNOPPOSED**
9          v.                              **MOTION TO TRANSFER**

10   NIO INC., et al.,                     Re: Dkt. No. 17
11                   Defendants.

12          Defendants filed a motion to transfer this securities class action case to the Eastern District
13   of New York, where a similar case was filed first.  Dkt. No. 17.  Plaintiff Sidoli filed a notice of
14   non-opposition to the motion, as did one of the other proposed lead plaintiffs.  Dkt. Nos. 43, 44.
15   No one has filed an opposition or notice otherwise opposing transfer.
16          The motion to transfer is GRANTED.  This case shall be transferred to the Eastern District
17   of New York.
18
19          **IT IS SO ORDERED.**
20   Dated: May 22, 2019
21
22   
23   _____
     William H. Orrick
     United States District Judge
24
25
26
27
28

United States District Court
Northern District of California