United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___19___ CV __3188__ (MKB)(VMS)

indicated that this case is related to the following case(s):

_____19-cv-3212 (AMD)(RER)_____

_____

_____